UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00309-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NATHAN VALDEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on August 26, 2008. Thus, the jury trial set for Monday, October 6, 2008 is hereby **VACATED.** Accordingly, a Change of Plea hearing is set for **Thursday, October 23, 2008 at 9:00 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: August 27, 2008