UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00309-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NATHAN VALDEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    At the status conference on January 26, 2009, 2-day trial was set on Wednesday, February 11, 2009 at 9:00 a.m. The government filed an oral motion to continue stating that counsel will be in trial on the date. Defendant had no objection. Government's motion to continue was **GRANTED** for the reasons stated on the record. The February 11, 2009 trial date was **VACATED** and **RESET** on **Monday, March 23, 2009 at 9:00.** A final trial preparation conference is **SET** on **March 16, 2009 at 4:00 p.m.** Counsel is directed to file all pretrial materials in accordance with my practice standards.

    Dated: January 26, 2009