UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00309-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NATHAN VALDEZ,

    Defendant.

---

**ORDER**

---

THIS MATTER came before the Court for a status conference on Thursday, April 9, 2009 at 1:30 p.m.  After carefully reviewing the file in this matter and considering the remarks made by both parties at the hearing, I order the following:

It is ORDERED that both parties shall file any additional pretrial motions not later than **Friday, April 24, 2009.**  Should pretrial motions be filed, the Court will set a briefing schedule and hearing, if necessary.  It is

FURTHER ORDERED that both parties shall file any expert witness designations not later than **Friday, May 15, 2009.**  Any objection to the designations shall be filed not later than **Monday, June 15, 2009.**

    Dated:  April 9, 2009

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge