UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00309-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NATHAN VALDEZ,

    Defendant.

## ORDER

THIS MATTER came before the Court for a status conference on Tuesday, June 2, 2009 at 9:00 a.m. After carefully reviewing the file in this matter and considering the remarks made by both parties at the hearing, I order the following:

It is ORDERED that the Motion to Suppress Statements (docket #48), filed April 24, 2009, is **DENIED AS MOOT** since the Government confessed the motion through a pleading (docket #55), filed on May 21, 2009. It is

FURTHER ORDERED that the parties shall meet and confer and file a joint status report not later than **Monday, June 22, 2009** indicating the status of speedy trial and the need to file any additional pretrial motions. If no pretrial motions will be filed, the parties are ordered to suggest possible trial dates in August, 2009 and the estimated length of trial. Upon receipt of the status report, the Court will either set a trial date or a hearing on any pretrial motions.

Dated: June 2, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge