UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00309-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. NATHAN VALDEZ,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on November 4, 2009. Accordingly, the final trial preparation conference set for November 24, 2009 and the jury trial set for December 7, 2009 are hereby **VACATED**.  A Change of Plea hearing is set for **Monday, January 4, 2010 at 2:00 p.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated:  November 4, 2009