IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

| Date: | March 30, 2010 | Probation: | Justine Kozak |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No: **08-cr-00309-WYD**     Counsel:

UNITED STATES OF AMERICA,     Joseph Mackey

    Plaintiff,

v.

**1. NATHAN VALDEZ**,     David L. Owen, Jr.

    Defendant.

## SENTENCING

**1:40 p.m.**  Court in Session - Defendant present (on-bond)

**Change of Plea Hearing - December 21, 2009, at 4:00 p.m.**
**Plea of Guilty - counts 1, 2, 3, 10, 11, and 12 of Second Superseding Indictment**

APPEARANCES OF COUNSEL.

Court's opening remarks.

1:42 p.m.  Statement on behalf of Defendant (Mr. Owen).

1:44 p.m.  Statement on behalf of Government (Mr. Mackey).

1:50 p.m.  Statement on behalf of Defendant (Mr. Owen).

1:53 p.m.  Statement on behalf of Government (Mr. Mackey).

| | |
|---|---|
| 1:54 p.m. | Statement on behalf of Probation (Ms. Kozak). |
| 1:55 p.m. | Statement on behalf of Defendant (Mr. Owen). |
| 1:58 p.m. | Government's witness **Misti Drager** sworn. |
| | Direct examination by Government (Mr. Mackey). |
| 2:08 p.m. | Cross examination by Defendant (Mr. Owen).<br>*EX ID:     **1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20*** |
| 2:21 p.m. | Re-Direct examination by Government (Mr. Mackey). |
| 2:22 p.m. | Re-Cross examination by Defendant (Mr. Owen). |
| 2:23 p.m. | Government rests. |
| 2:24 p.m. | Statement on behalf of Defendant (Mr. Owen). |
| 2:26 p.m. | Statement on behalf of Government (Mr. Mackey). |
| 2:28 p.m. | Statement by Defendant on his own behalf (Mr. Valdez). |
| 2:34 p.m. | Statement on behalf of Government (Mr. Mackey). |
| 2:35 p.m. | Statement on behalf of Defendant (Mr. Owen). |
| | Court makes findings. |

**ORDERED:** Defendant's Motion for Non-Guideline Sentence [doc. #101], filed March 2, 2010, is **GRANTED.**

**ORDERED:** Defendant is placed on **probation** for a term of **3** years on each of counts 1, 2, 3, 10, 11, and 12 of Second Superseding Indictment, to run concurrently.

**ORDERED:  Conditions** of **Probation** are:

- (X)    Defendant shall not commit another federal, state or local crime.
- (X)    Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X)    Defendant shall comply with standard conditions adopted by the Court.
- (X)    Defendant shall not unlawfully possess a controlled substance.

| | |
|---|---|
| (X) | The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance. |
| (X) | The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer. |

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

| | |
|---|---|
| (X) | The defendant shall not engage in gambling or any games of chance, either on the computer, in a casino or other gambling establishment, or in any other manner.  The defendant shall successfully complete Consumer Credit Counseling or a comparable program. |
| (X) | The defendant shall work with the probation officer in development of a monthly budget that shall be reviewed with the probation officer quarterly. |
| (X) | The defendant shall be placed on home detention for a period of **6 months**, to commence within 21 days of sentencing. During this period, the defendant shall remain at his place of residence at all times other than time spent at work or time spent on other activities approved in advance by the probation officer. This period of home detention shall be enforced by electronic monitoring. To permit this monitoring, the defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones. The defendant shall wear electronic monitoring devices and follow all other procedures specified by the probation officer. The defendant shall pay the cost of electronic monitoring as directed by the probation officer. |
| (X) | The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer. |
| (X) | The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment. |

**ORDERED:** Defendant shall pay **$600.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

| | | |
|---|---|---|
| **ORDERED:** | **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision. | |
| **ORDERED:** | Defendant to make **restitution** as follows:<br>**$65.00 to be made payable to the following victims:** | |

| Victims | Amount |
|---|---|
| Mr. Thomas Maloof | $40.00 |
| Amy Thomas | $25.00 |

The balance of the monetary obligations shall be paid in monthly installment payments calculated as at least 10 percent of the defendant's gross monthly wages.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Government's Motion to Dismiss Counts Four Through Nine, Thirteen, and Fourteen [doc. #107], filed March 26, 2010, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

2:51 p.m. Statement on behalf of Defendant by his wife (Ms. Valdez).

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**: **BOND CONTINUED.**

**2:53 p.m.** Court in Recess - HEARING CONCLUDED

**CLERK'S NOTE:** **EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME:   1:13**