IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00309-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

NATHAN VALDEZ,

       Defendant.

---

ORDER FINDING DEFENDANT UNABLE TO OBTAIN COUNSEL
PURSUANT TO 18 U.S.C. § 3006A

---

Daniel, Chief Judge

       This matter comes before the court on Defendant's Motion For Determination Of Indigent Status and To Request To Proceed In Forma Pauperis On Appeal with supporting Financial Affidavit, CJA Form 23. After careful review and consideration of the above referenced motion and supporting financial affidavit, the court finds Defendant Nathan Valdez is financially unable to obtain counsel.

       Dated: April 23, 2010

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge